TOLEDO BAR ASSOCIATION *v.* GATWOOD.

[Cite as Toledo Bar Assn. *v.* Gatwood (1988), 36 Ohio St. 3d 610.]

(D.D. No. 88-5—Decided April 13, 1988.)

David W. Gatwood is publicly reprimanded.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.